IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PETE GODFREY D/B/A
SPIDER CREEK RESORT, INC.                                                    PLAINTIFF

v.                              Case No. 3:11-CV-03007

UNITED STATES OF AMERICA and
UNITED STATES ARMY CORPS OF ENGINEERS                        DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendants United States of America and United States Army Corps of Engineers' Motion to Dismiss or in the Alternative for Summary Judgment (Doc. 7) is **GRANTED**.  This case is accordingly dismissed with prejudice, and the parties are instructed to bear their own fees and costs.

IT IS SO ORDERED this 9th day of February, 2012.

/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE